# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**TPC GROUP INC.**,<br><br>　　　　　　　　Debtor.<br><br>Federal EIN: 3618 | Chapter 11<br><br>Case No. 22-10493 (CTG) |
| In re<br><br>**TPC HOLDINGS, INC.**,<br><br>　　　　　　　　Debtor.<br><br>Federal EIN: 7380 | Chapter 11<br><br>Case No. 22-10494 (CTG) |
| In re<br><br>**TPC GROUP LLC**,<br><br>　　　　　　　　Debtor.<br><br>Federal EIN: 8313 | Chapter 11<br><br>Case No. 22-10495 (CTG) |
| In re<br><br>**TP CAPITAL CORP.**,<br><br>　　　　　　　　Debtor.<br><br>Federal EIN: 6248 | Chapter 11<br><br>Case No. 22-10496 (CTG) |
| In re<br><br>**TEXAS BUTYLENE CHEMICAL CORPORATION**,<br><br>　　　　　　　　Debtor.<br><br>Federal EIN: 7440 | Chapter 11<br><br>Case No. 22-10497 (CTG) |

| | |
|---|---|
| In re<br><br>**TEXAS OLEFINS DOMESTIC INTERNATIONAL SALES CORPORATION**,<br><br>           Debtor.<br><br>Federal EIN: 4241 | Chapter 11<br><br>Case No. 22-10498 (CTG) |
| In re<br><br>**TPC PHOENIX FUELS LLC**,<br><br>           Debtor.<br><br>Federal EIN: 9133 | Chapter 11<br><br>Case No. 22-10499 (CTG) |
| In re<br><br>**PORT NECHES FUELS, LLC**,<br><br>           Debtor.<br><br>Federal EIN: 1641 | Chapter 11<br><br>Case No. 22-10500 (CTG) |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (this "**Order**") pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing joint administration of the Debtors' related chapter 11 cases, all as more fully described in the Motion; and upon consideration of the First Day Declaration; and notice of the Motion not having been required pursuant to Local Rule 1015-1; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

   1.   The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not defined herein are defined in the Motion.

2. The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 22-10493 (CTG).

3. The Clerk of Court shall maintain one file and one docket for these jointly administered cases, which file and docket shall be the file and docket for TPC Group Inc., Case No. 22-10493.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| TPC Group Inc., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

5. All pleadings and other papers filed in these chapter 11 cases shall bear the foregoing consolidated caption.

6. The foregoing consolidated caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n).

7. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of the following entities: TPC Group Inc.; TPC Holdings, Inc.; TPC Group LLC; Texas Butylene Chemical Corporation; Texas Olefins Domestic International Sales Corporation; TPC Phoenix Fuels LLC; Port Neches Fuels, LLC; and TP Capital Corp.  The docket in the chapter 11 case of TPC Group Inc., Case No. 22-10493 (CTG), should be consulted for all matters affecting the chapter 11 cases of any of the foregoing entities.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors or the Debtors' estates.

9. The Debtors are authorized to utilize a combined service list for the Debtors' jointly-administered cases and may send combined notices to creditors of the Debtors and other parties in interest where appropriate.

10. The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

12. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: June 2nd, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE